TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00512-CV

Central Texas Oncology Associates, P.A., d/b/a Southwest Regional

Cancer Center; and Alisa Slevin, Appellants

v.

Richard Whiteaker, Francis Whiteaker, Jr., Individually and as Co-Administrators

of the Estate of Francis Perry Whiteaker, Deceased; Sharon Louvier,

James Whiteaker, and Darrell Whiteaker, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 98-11826, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

PER CURIAM

 The parties have submitted a joint motion to dismiss the appeal asserting that they
have reached an agreement to settle and compromise their differences in this lawsuit. The parties
ask this Court to dismiss the appeal and discharge Appellants and all sureties from their obligations
under all supersedeas bonds filed in the lawsuit.

 The motion is granted and the appeal is dismissed. Tex. R. App. P. 42.1(a).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Joint Motion

Filed: January 25, 2001

Do Not Publish